IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY HAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-CV-178-GCS-SMY |
| | ) |
| SHABBIR SAFDAR, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Gilbert C. Sison (Doc. 21), recommending the granting of Plaintiff's Motion for Default Judgment (Doc. 15). No objections have been filed to the Report. For the following reasons, Judge Sison's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Sison thoroughly discussed and supported his conclusion that Plaintiff is entitled to default judgment in the amount of $250,500.00, comprising of $150,000.00 in compensatory damages, $100,000.00 in punitive damages, and $500.00 in costs. The Court finds no clear error in Judge Sison's findings, analysis and conclusions, and adopts his Report and Recommendation in its entirety. Accordingly, Plaintiff's motion for Default Judgment (Doc. 15) is **GRANTED**. The Clerk of Court is **DIRECTED** to enter default judgment in the amount of

$250,500.00 for Plaintiff and against Defendant.

**IT IS SO ORDERED.**

**DATED:  September 8, 2020**

**STACI M. YANDLE**
**United States District Judge**